IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE EIGHT THOUSAND, FIVE HUNDRED EIGHT DOLLARS AND SIXTY-THREE CENTS ($8,508.63) FROM PNC BANK ACCOUNT x1775 et al. | : : : : : : : | MISC. ACTION<br><br>No. 17-136 |

## O R D E R

**AND NOW**, on this 13th day of July, 2018, upon consideration of Mr. Goodchild's Motion to Dismiss (Doc. No. 8), the responses and supplemental briefing (Doc. Nos. 10, 11, 14 & 15), and oral argument held on April 10, 2018, it is **ORDERED** that the Motion to Dismiss (Doc. No. 8) is **GRANTED** as outlined in this Court's July 13, 2018 memorandum opinion.

The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE